UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 25-0940 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 18, 2025, Order, the parties have conferred and provide the following Joint Status Report in this Freedom of Information Act ("FOIA") action regarding Plaintiff's two requests for records related (1) actions taken by the Institute of Education Sciences at the Department of Education (the "Department") and (2) a February 14, 2025, Dear Colleague Letter from the Acting Assistant Secretary for Civil Rights. *See* Compl. ¶¶ 5, 10, 15, ECF No. 1.

As to the first request, on June 3, 2025, Plaintiff informed Defendant that it was narrowing the request to exclude the first two items of the request and was only seeking the third part of the request. As noted in the Answer, on the same day, Defendant made its final release as to the third part of the request pursuant to Plaintiff's narrowing. Answer ¶¶ 14, 19, ECF No. 9.

As to the second request, Defendant has completed its preliminary search and has identified 4,492 potentially responsive records. Plaintiff has proposed several narrowing measures to reduce the number of potentially responsive records to be processed. Defendant is applying those narrowing measures and reviewing the search results to determine how many pages are responsive to the request. Defendant expects to complete its responsiveness review and provide an estimated page count, first release date, and processing schedule on or before the parties' next Joint Status

Report in thirty days.

Defendant does not intend to seek an *Open America* stay at this time. Given this status, the parties believe that summary judgment briefing and filing of a *Vaughn* index are premature at this time. The parties propose filing another status report on or before August 25, 2025, to report on the progress of the Department's processing.

Dated: July 15, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel A. McGrath*<br>DANIEL A. MCGRATH (D.C. Bar No. 1531723)<br>ROBIN F. THURSTON (Bar No. 7268942)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, D.C. 20043<br>(202) 448-9090<br>dmcgrath@democracyforward.org<br>rthurston@democracyforward.org<br><br>*Counsel for Plaintiff* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:    */s/ Erika Oblea*<br>ERIKA OBLEA, DC Bar #1034393<br>Assistant United States Attorney<br>U.S. Attorney's Office, Civil Division<br>601 D Street, N.W.<br>Washington, DC 20530<br>(202) 252-2567<br>Erika.oblea@usdoj.gov<br><br>*Counsel for Defendant* |