UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Civil Action No. 25-0940 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's February 13, 2026, Minute Order, the parties have conferred and provide the following Joint Status Report in this Freedom of Information Act ("FOIA") action regarding Plaintiff's two requests for records related (1) actions taken by the Institute of Education Sciences at the Department of Education (the "Department") and (2) a February 14, 2025, Dear Colleague Letter from the Acting Assistant Secretary for Civil Rights. *See* Compl. ¶¶ 5, 10, 15, ECF No. 1.

On February 13, 2026, the Court ordered the parties to file a further joint status report that "should (1) confirm that the Defendant has completed its review of all pages not sent for external consultation, and (2) for the pages remaining in external consultation, state the date the pages were sent, the agency or agencies to which they were sent, and the expected timeline for the completion of external consultation." Feb. 13, 2026, Min. Order.

Since the parties' last Joint Status Report, Defendant released any nonexempt portions of the remaining 51 pages of records that did not require consultation on February 27, 2026. Thus, aside from those email attachments that the parties have agreed to defer processing, Defendant has completed processing all pages not sent for external consultation. Plaintiff has identified the five

attachment records that it requests Defendant process for production. Plaintiff has requested that Defendants' process these five records by the time of the parties' next report. Defendant indicated that it can process four of those attachments by April 30, 2026. Defendant, however, has noted to Plaintiff that at least one of the records for which Plaintiff has identified an attachment does not actually have a record attached to it. Plaintiff has since identified a different attachment record for Defendant to process. The parties will meet and confer on a processing schedule for the additional record.

The fifteen pages requiring external consultation were sent to the Department of Justice ("DOJ"), the Department of Labor ("DOL"), and an Executive Branch entity on February 12, 2026. On February 27, 2026, DOJ and DOL provided their responses to Defendant's consultation request. Defendant is still waiting for a response to its consultation request to this Executive Branch entity and is working to obtain more information on its estimated completion. Defendant expects to make any final release of any nonexempt portions within ten days of receiving a response from the Executive Branch entity.

**Plaintiff's statement:** Plaintiff has requested that Defendant specifically identify the Executive Branch entity that has not yet completed its consultation. Plaintiff notes that Defendant has the responsibility for processing the responsive records at issue and has asked that Defendant provide the entity with a consultation deadline of April 13, 2026—which would allow more than two months for review of little more than a dozen pages of records already compiled and initially processed for disclosure. Plaintiff will consider seeking a court-ordered production deadline if the unidentified entity does not respond.

**Defendant's statement:** As a matter of agency practice, Defendant does not identify the name of the Executive Branch entity when it is involved in the FOIA consultation process.

Defendant has no control over this Executive Branch entity. The pages cannot be released without this Executive Branch entity's input. Nonetheless, Defendant is working to obtain more information from the Executive Branch entity on its estimated completion of the consultation process. For these reasons, Defendant would respectfully oppose any court-ordered production deadline of those pages pending consultation with an Executive Branch entity that is not a defendant in this matter and over whom Defendant has no control.

Given this status, the parties believe that summary judgment briefing and filing of a *Vaughn* index are premature at this time. The parties propose filing another status report on or before April 30, 2026, to report on the progress of the Department's processing.

Dated: March 16, 2026                                          Respectfully submitted,

| | |
|---|---|
|     */s/ Daniel A. McGrath* | JEANINE FERRIS PIRRO |
| DANIEL A. MCGRATH (D.C. Bar No. 1531723) | United States Attorney |
| ROBIN F. THURSTON (Bar No. 7268942) | By:    */s/ Erika Oblea* |
| Democracy Forward Foundation | ERIKA OBLEA, DC Bar #1034393 |
| P.O. Box 34553 | Assistant United States Attorney |
| Washington, D.C. 20043 | U.S. Attorney's Office, Civil Division |
| (202) 448-9090 | 601 D Street, N.W. |
| dmcgrath@democracyforward.org | Washington, DC 20530 |
| rthurston@democracyforward.org | (202) 252-2567 |
| | Erika.oblea@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |