UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

DEPARTMENT OF EDUCATION,

Defendant.

Civil Action No. 25-0940 (SLS)

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

Democracy Forward Foundation and Defendant U.S. Department of Education, by their duly-

authorized undersigned counsel, hereby jointly stipulate to the dismissal of this action, with each

side bearing its own fees and costs.

Dated: June 18, 2026

*/s/ Daniel A. McGrath*
DANIEL A. MCGRATH (D.C. Bar No.
1531723)
ROBIN F. THURSTON (Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: ___*/s/ Erika Oblea*___
ERIKA OBLEA, DC Bar #1034393
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, DC 20530
(202) 252-2567
Erika.oblea@usdoj.gov

*Counsel for Defendant*